IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CELL ENERGY, LLC,

    Plaintiff/Counter Defendant,

v.     No. CIV-16-0188 GJF/LAM

DEVON ENERGY PRODUCTION
COMPANY, L.P., and DEVON GAS
SERVICES, L.P.,

    Defendants/Counter Claimants.

**ORDER ADOPTING JOINT STATUS REPORT AND
PROVISIONAL DISCOVERY PLAN WITH CHANGES AND
SETTING CASE MANAGEMENT DEADLINES**

    At the Rule 16 scheduling conference held on September 22, 2016, the Court reviewed the attorneys' Joint Status Report and Provisional Discovery Plan [*Doc. 28*], filed September 6, 2016, and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

    **IT IS SO ORDERED.**

                                                    _____
                                                  **LOURDES A. MARTÍNEZ**
                                                  **UNITED STATES MAGISTRATE JUDGE**