IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**CELL ENERGY, LLC,**

    **Plaintiff/Counter Defendant,**

v.                                               No. CIV-16-0188 GJF/LAM

**DEVON ENERGY PRODUCTION COMPANY, L.P.,**

    **Defendant/Counter Claimant.**

## ORDER TO NOTIFY THE COURT

**THIS MATTER** is before the Court on *Plaintiff's Motion for Protective Order (Doc. 50)*, filed November 14, 2016. In the motion, Plaintiff states that the parties are attempting to reach an agreement regarding the entry of a protective order, but had not yet done so. *See* [*Doc. 50* at 7]. Defendant has not filed a response to the motion and the time for doing so has passed. The Court, therefore, orders Plaintiff to notify the Court by filing a notice no later than **Tuesday, December 13, 2016** as to whether this motion is still being briefed, is ready for ruling, or if it will be withdrawn.

    **IT IS SO ORDERED.**

                                                     _____
                                                     **LOURDES A. MARTÍNEZ**
                                                     **UNITED STATES MAGISTRATE JUDGE**