IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**CELL ENERGY, LLC,**

    Plaintiff/Counter Defendant,

v.    No. CIV-16-0188 GJF/LAM

**DEVON ENERGY PRODUCTION COMPANY, L.P.,**

    Defendant/Counter Claimant.

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINES

**THIS MATTER** is before the Court on the parties' *Joint Motion to Amend Scheduling Order (Doc. 60)*, filed February 22, 2017. Having considered the motion and record of the case, and having consulted with the presiding judge in this case, the Court **FINDS** that the motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties' *Joint Motion to Amend Scheduling Order (Doc. 60)* is **GRANTED**, and the following deadlines are extended as follows:

1. Defendant's expert reports:                **March 1, 2017**
2. Termination date for discovery:            **April 15, 2017**
3. Pretrial motions other than discovery motions:  **May 29, 2017**
4. Pretrial order from Plaintiff to Defendant:     **July 22, 2017**
5. Pretrial order from Defendant to the Court:     **August 6, 2017**

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**